UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO.: 03-266-E |
| JAMES P. GERG, and ROXANNE R. GERG, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, to-wit, this __15th__ day of __December__, 2003, upon consideration of the within Motion for Special Order of Service of Summons and Complaint and for Enlargement of Time to Effect Service, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff is authorized to serve Defendants with the Summons and Complaint and any additional documents or pleadings requiring service in the manner prescribed by Pa. R.C.P. 402(a) for service of original process, by First Class mail, postage pre-paid, and Certified Mail, Return Receipt Requested to Defendants' last known address and the address of the mortgaged property 172 Hemlock Lane, Kersey, PA 15846, *with service upon Defendants being deemed complete and valid upon mailing.* IT IS FURTHER ORDERED that Plaintiff is granted an extension of twenty (20) days within which to complete service upon Defendants.

_____
United States District Judge



EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE*Gerg*

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark Here — JUN — PITTSBURGH FOURTH VE STA USPS

Sent To: Roxanne R. Gerg
Street, Apt. No.; or PO Box No.: 172 Hemlock Lane
City, State, ZIP+4: Kersey, PA 15846

PS Form 3800, June 2002   See Reverse for Instructions

7004 0750 0002 7351 0803

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE*Gerg*

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark Here — PITTSBURGH FOURTH VE STA USPS

Sent To: James P. Gerg
Street, Apt. No.; or PO Box No.: 172 Hemlock Lane
City, State, ZIP+4: Kersey, PA 15846

PS Form 3800, June 2002   See Reverse for Instructions

7004 0750 0002 7351 0810

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James P. Gerg
172 Hemlock Lane
Kersey, PA 15846

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *James P. Gerg*    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): James P. Gerg
C. Date of Delivery: 6-10-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
7004 0750 0002 7351 0810

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT B







U.S. POSTAL SERVICE — CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT

McGrath & Associates, P.C.
1500 Union Bank Bldg.
306 Fourth Avenue
Pittsburgh, PA 15222

One piece of ordinary mail addressed to:
Child Support Enforcement
P.O. Box 305
Ridgway, PA 15853

PS Form **3817**, January 2001     RHS/Gerg



U.S. POSTAL SERVICE — CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT

McGrath & Associates, P.C.
1500 Union Bank Bldg.
306 Fourth Avenue
Pittsburgh, PA 15222

One piece of ordinary mail addressed to:
Elk County Treasurer
P.O. Box 448
Ridgway, PA 15853

PS Form **3817**, January 2001     RHS/Gerg



U.S. POSTAL SERVICE — CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT

McGrath & Associates, P.C.
1500 Union Bank Bldg.
306 Fourth Avenue
Pittsburgh, PA 15222

One piece of ordinary mail addressed to:
Vonda Lee Swanson, Tax Collector
363 Main Street
Kersey, PA 15846

PS Form **3817**, January 2001     RHS/Gerg



EXHIBIT D







| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT | |

*McGrath & Associates, P.C.*
*1500 Union Bank Bldg.*
*306 Fourth Avenue*
*Pittsburgh, PA 15222*

One piece of ordinary mail addressed to:
First American R.E. Tax Service
486 Thomas Jones Way
Exton, PA 19341

PS Form **3817**, January 2001       RHS/Gerg

---

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT | |

*McGrath & Associates, P.C.*
*1500 Union Bank Bldg.*
*306 Fourth Avenue*
*Pittsburgh, PA 15222*

One piece of ordinary mail addressed to:
Resident
175 Hemlock Lane
Kersey, PA 15846

PS Form **3817**, January 2001       RHS/Gerg

---

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT | |

*McGrath & Associates, P.C.*
*1500 Union Bank Bldg.*
*306 Fourth Avenue*
*Pittsburgh, PA 15222*

One piece of ordinary mail addressed to:
Beneficial Consumer Discount
3006 Pleasant Valley Blvd.
Altoona, PA 16602

PS Form **3817**, January 2001       RHS/Gerg

