IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Mis. No. 04-3E |
| Plaintiff, ) | |
| vs. ) | (See C.A. No. 03-266E) |
| ) | |
| JAMES P. GERG and ) | |
| ROXANNE R. GERG, ) | |
| ) | |
| Defendants. ) | |

SCHEDULE OF DISTRIBUTION

Real property cried and sold to Douglas A. Gerg in consideration of the sum of $39,000.00. Total bid to the United States of America, acting through the United States Department of Agriculture, to be applied to the within judgment as above captioned is $35,764.45. Other amounts distributed from the proceeds of the sale are set forth in detail on **Exhibit "A"** which is attached hereto.

_____
THOMAS FITZGERALD
United States Marshal for the
Western District of Pennsylvania

Distribution of money received from sale of real estate of James P. Gerg and Roxanne R. Gerg by Thomas Fitzgerald, United States Marshal, August 22, 2005 at Mis. No. 04-3E, Case No. 03-266E.

                        Bid:     $39,000.00

U.S. Marshal's Costs................................................$ 3,235.55

                            $ 3,235.55

                            $35,764.45

**Exhibit "A"**